# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129513

KEVIN CRUICKSHANK,
      Plaintiff-Appellant,

v

                                              SC: 129513
                                              COA: 261369

CITY OF PONTIAC,
      Defendant-Appellee.
                                              Oakland CC: 2004-059007-NI

_____/

      On order of the Court, the application for leave to appeal the August 10, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would deny leave to appeal because she believes this case is moot.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2006 _____

p0315                                               Clerk